IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CASTROVINCI; SUSAN M. MCGINLEY, ED.D; JAMES L. POKRIVSAK, JR.; and DAWN REAGLE,<br><br>    Plaintiffs,<br><br>  v.<br><br>EASTON AREA SCHOOL DISTRICT; FRANK PINTABONE, Individually and in His Official Capacity as the President of the Easton Area School Board; ROBERT FEHNEL, Individually and in His Official Capacity as a Member of the Easton Area School Board; KERRI LEONARD-ELLISON, Individually and in Her Capacity as a Former Member of the Easton Area School Board; JANET MATTHEWS, Individually and in Her Capacity as a Former Member of the Easton Area School Board; WILLIAM RIDER, Individually and in His Capacity as a Former Member of the Easton Area School Board,<br><br>    Defendants. | CIVIL ACTION<br>NO. 15-2980 |

## ORDER

**AND NOW**, this 24th day of May, 2016, upon consideration of Defendants' Motion to Dismiss (Doc. #8) and all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion is **GRANTED** only with respect to the claims against the individual Defendants in their official capacities, which are dismissed.

2. The motion is **DENIED** in all other respects.

              **BY THE COURT:**

              **/s/ Jeffrey L. Schmehl**
              Jeffrey L. Schmehl, J.