IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CASTROVINCI; SUSAN M. MCGINLEY, ED.D; JAMES L. POKRIVSAK, JR.; and DAWN REAGLE,<br><br>                  Plaintiffs,<br><br>      v.<br><br>EASTON AREA SCHOOL DISTRICT; FRANK PINTABONE, Individually and in His Official Capacity as the President of the Easton Area School Board; ROBERT FEHNEL, Individually and in His Official Capacity as a Member of the Easton Area School Board; KERRI LEONARD-ELLISON, Individually and in Her Capacity as a Former Member of the Easton Area School Board; JANET MATTHEWS, Individually and in Her Capacity as a Former Member of the Easton Area School Board; WILLIAM RIDER, Individually and in His Capacity as a Former Member of the Easton Area School Board,<br><br>                  Defendants. | CIVIL ACTION<br>NO. 15-2980 |

## ORDER

**AND NOW**, this 27th day of June, 2017, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 43) and all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment is hereby **DENIED**.

                                                      **BY THE COURT:**

                                                      **/s/ Jeffrey L. Schmehl**
                                                      Jeffrey L. Schmehl, J.